UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GINA COLLINS,

                Plaintiff,

-against-

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.
-----------------------------------------------------------X

JUDGMENT
07-CV- 3843 (DLI)

An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on April 30, 2008, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g)(made applicable to Supplemental Security Income claims by 42 U.S.C. § 1383(c)(3)); and remanding plaintiff's claim for further administrative proceedings, including but not limited to a new hearing and the issuance of a new decision; it is

ORDERED and ADJUDGED that the Commissioner's decision is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g)(made applicable to Supplemental Security Income claims by 42 U.S.C. § 1383(c)(3)); and that plaintiff's claim is remanded for further administrative proceedings, including but not limited to a new hearing and the issuance of a new decision.

Dated: Brooklyn, New York
       May 02, 2008

S/RCH

ROBERT C. HEINEMANN
Clerk of Court